**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 4, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00627-CV

## BNSF LOGISTICS, LLC ("BNSF LOGISTICS, LLC"), Appellant

## V.

## HANSA MEYER HEAVY HAUL & RIGGING USA, LLC AND ATLAS HEAVY TRANSPORT, LLC/ ATLAS HEAVY PROJECTS, LLC, Appellee

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-57591**

## MEMORANDUM OPINION

This is an appeal from a judgment signed July 27, 2022. On September 22, 2022, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The appeal is reinstated, the motion is granted, and the appeal is dismissed.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.